UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | |
| **JAN ASTAPHAN,** | **VIOLATIONS:** |
| Defendant | 18 U.S.C. § 2423(b) <br> **(Travel with Intent to Engage in Illicit Sexual Conduct)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 29, 2019, in the District of Columbia and elsewhere, the defendant, **JAN ASTAPHAN**, did travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b)).

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney, New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov